UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

PEDRO IGNACIO SUY, *individually and on behalf of others similarly situated,*

                *Plaintiffs*,

-against-

NOREE THAI BAZAAR INC. (D/B/A NOREE THAI BAZAAR), ANDY CHAN LAU, and GARY SHUITING CHEUNG (AKA CHA),

                *Defendants.*

Docket No. **1:22-cv-10684-VEC**

**[Proposed Form Of] JUDGMENT**

----------------------------------------------------------------X

## JUDGMENT

On October 19, 2023 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, PEDRO IGNACIO SUY, have judgment against NOREE THAI BAZAAR INC. (D/B/A NOREE THAI BAZAAR), ANDY CHAN LAU, and GARY SHUITING CHEUNG (AKA CHA), jointly and severally, in the amount of Seventy Thousand Dollars and Zero Cents ($70,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                        _____
                                        HONORABLE VALERIE E. CAPRONI
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK