USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PEDRO IGNACIO SUY, individually and on
behalf of others similarly situated,

                                Plaintiffs,

                -against-

NOREE THAI BAZAAR INC. (D/B/A NOREE
THAI BAZAAR), ANDY CHAN LAU and GARY
SHUITING CHEUNG A.K.A CHA,
                                Defendants.
-------------------------------------------------------------- X

22-CV-10684 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff Pedro Ignacio Suy filed a complaint against Defendants Noree Thai Bazaar Inc., Andy Chan Lau, and Gary Shuiting Cheung on December 19, 2022, alleging violations of the Fair Labor Standards Act and New York Labor Law, Dkt. 1;

       WHEREAS Defendants noticed an appearance on January 18, 2023, Dkt. 11, and answered the complaint on January 25, 2023, Dkt. 14;

       WHEREAS Defendants made an offer of judgment, pursuant to Federal Rule of Civil Procedure 68, on October 18, 2023, Dkt. 26-1; and

       WHEREAS Plaintiff accepted the offer of judgment and filed a notice of the acceptance on October 18, 2023, Dkt. 26.

       IT IS HEREBY ORDERED AND ADJUDGED that a judgment be entered against the Defendants Noree Thai Bazaar Inc., Andy Chan Lau, and Gary Shuiting Cheung, jointly and severally, inclusive of attorneys' fees, costs, and expenses in favor of Plaintiff Pedro Ignacio Suy in the amount of $70,000.

IT IS FURTHER ORDERED that all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that the Clerk of Court close the case and amend the case caption to delete the language "individually and on behalf of others similarly situated" because the offer and acceptance of judgment under Rule 68 is only operative between Plaintiff Pedro Ignacio Suy and Defendants Noree Thai Bazaar Inc., Andy Chan Lau, and Gary Shuiting Cheung.

**SO ORDERED.**

Date:  October 19, 2023
      New York, New York

                        **VALERIE CAPRONI**
                        **United States District Judge**