**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**PEDRO IGNACIO SUY,**
individually,

                   Plaintiff,

-against-                                                 22 **CIVIL 10684** (VEC)

                                                         **JUDGMENT**

**NOREE THAI BAZAAR INC. (D/B/A NOREE**
**THAI BAZAAR), ANDY CHAN LAU and GARY**
**SHUITING CHEUNG A.K.A CHA,**

                   Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 19, 2023, judgment is entered against the Defendants Noree Thai Bazaar Inc., Andy Chan Lau, and Gary Shuiting Cheung, jointly and severally, inclusive of attorneys' fees, costs, and expenses in favor of Plaintiff Pedro Ignacio Suy in the amount of $70,000; accordingly, this case is closed.

**Dated:**  New York, New York
           October 20, 2023

                                                             **RUBY J. KRAJICK**
                                                               _____
                                                                  **Clerk of Court**
                                           **BY:**
                                                                  _____
                                                                    **Deputy Clerk**